UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>SMITH,<br><br>            Defendant. | No.  1:23-cv-00847-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO REMAND ACTION TO STATE COURT<br><br>(ECF No. 4) |

Plaintiff Isidro Roman ("Plaintiff") is a state prisoner proceeding *pro se* in this action. On June 2, 2023, Plaintiff filed a notice of removal of this action from the Court of Appeal of the State of California, Fifth Appellate District, Case No. F085571 (Tuolumne County Superior Court, Case No. CV63312).  (ECF No. 1.)

On June 2, 2023, the assigned Magistrate Judge issued findings and recommendations that this action be remanded to the Court of Appeal of the State of California, Fifth Appellate District, Case No. F085571 (Tuolumne County Superior Court, Case No. CV63312).  (ECF No. 4.)  The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen days after service.  (*Id.* at 2.)  On June 20, 2023, Plaintiff timely filed objections to the findings and recommendations.  (ECF No. 6.)  Defendant did not file objections, and the deadline to do so has expired.

Plaintiff chose to file this action in state court.  As the plaintiff, he has no right to remove

the same action to federal court. *Am. Int'l Underwriters (Phil.), Inc. v. Cont'l Ins. Co.*, 843 F.2d 1253, 1260 (9th Cir. 1988) ("The right to remove a state court case to federal court is clearly limited to defendants."); *In re Walker*, 375 F.2d 678, 678 (9th Cir. 1967) ("No right exists in favor of a person who, as plaintiff, has filed an action in the state court, to cause the removal of such action to a federal court.").

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 2, 2023, (ECF No. 4), are adopted in full;
2. This action is remanded to the Court of Appeal of the State of California, Fifth Appellate District, Case No. F085571 (Tuolumne County Superior Court, Case No. CV63312); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 5, 2023

UNITED STATES DISTRICT JUDGE